**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:<br>ASN Investment Group, LLC<br><br>Debtors | : | Chapter 11<br><br>Bankruptcy No. 26-12857 (DJB) |

# O R D E R

**AND NOW**, after the court having held a status conference with parties on October 27, 2026, and the parties determining that a special listing is needed to determine the valuation and claims calculation issues for all purposes in the main bankruptcy case and the two related adversary proceedings A-26-182 and A-26-181 (the "Issues"), it is hereby **ORDERED** that:

1. A Hearing (the "Hearing") to consider the Issues shall be held on **January 20, 2027 and January 22, 2027 at 9:30 a.m.** (the "Hearing"). The Hearing will be conducted in the following format:

In-Person **in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

The Hearing will be an evidentiary hearing.

2. On both days the Hearing shall begin at **9:30 a.m.** and continue through **12:30 p.m.** After a lunch recess, trial will resume at **2:00 p.m**. and continue through **5:00 p.m**.

3. On each day of the Hearing the Debtor and any party adverse thereto (the "Respondent") are hereby each allocated six (6) trial hours. The six (6) hours allocated to the Debtor will include the presentation of their case in chief and any rebuttal. The six (6) hours allocated to the Respondent will include any opposition. The Court will use a "chess clock" method to conduct of trial. Any time spent by a particular party examining direct witnesses, cross-

examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time. The Court will advise the parties at the conclusion of each session of the time that has elapsed.

4. **EXHIBITS** - Parties shall file an anticipated Exhibit List on the Docket no later than **January 15, 2027 at 12:00 noon**. The Exhibit List must be filed on the Docket; the Exhibits themselves need not be docketed and can simply be presented at the Hearing. The Court may exercise discretion to exclude exhibits not properly identified in accordance with this deadline.

5. Parties should pre-mark and exchange exhibits with opposing parties prior to the hearing. Parties should meet and confer in advance of the Hearing regarding the method, timing, form of identification, and exchange of evidence.
   Copies must be available at the Hearing for the Judge, the Courtroom Deputy, the witness, and all adversaries.

6. **WITNESSES** - Parties presenting witnesses at the Hearing shall file a Witness List on the Docket no later than **January 15, 2027 at 12:00 noon**. The Court may exercise discretion to exclude witnesses not properly identified in accordance with these rules.

**Date: October 29, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**